**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GREGORY FENDER, II**  **PLAINTIFF**
**ADC #161479**

v.  Case No. 3:19-cv-00134-LPR

**MATT RING,** *et al.*  **DEFENDANTS**

## ORDER

Gregory Fender II ("Plaintiff") was incarcerated in the Arkansas Department of Corrections when he filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (Doc. 2). On May 6, 2019, the Court entered an Initial Order for Pro Se Prisoner-Plaintiffs. (Doc. 3). The Order directed Plaintiff to "comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas." (*Id.* at 1). The Order also informed Plaintiff of the requirements of Local Rule 5.5(c)(2) for plaintiffs who are not represented by a lawyer. (*Id.*). The first requirement noted was that Plaintiff

> must promptly notify the Clerk and the other parties in the case of any change in address. You must inform the Court if you are transferred from one unit to another. Notifying the Court of your change in address is especially important if you are released from custody while your lawsuit is pending. If you do not keep the Court informed as to your current address, your lawsuit can be dismissed.

(*Id.*).

On January 22, 2020, mail from the Court to Plaintiff was returned as undeliverable with the notation "paroled" on the envelope. (Doc. 13). Plaintiff has not notified the Clerk of his change in address. Plaintiff is directed to do so within 30 days of the date of this Order. If Plaintiff does not update his address with the Court within 30 days of the date of this Order, this case will be dismissed without prejudice. Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of January 2020.

                                                        <u>Lee P. Rudofsky</u>
                                                        UNITED STATES DISTRICT JUDGE